# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| ETHEL M. SMITH, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | CAUSE NO. 2:13-CV-342-TLS |
|  | ) |  |
| PACESETTER TEMPORARY SERVICE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

This matter is before the Court on a Report and Recommendation of United States Magistrate Judge [ECF No. 26], and upon a telephone conference held by this Court on July 31, 2014. The Report chronicles Plaintiff Ethel M. Smith's failures to appear at various court hearings without explanation, including two show cause hearings. The Magistrate Judge recommended, after issuing the final show cause order and receiving no response, that the Court dismiss the action without prejudice for failure to prosecute. After the final Show Cause Order and the Report and Recommendation were filed, the Court received a letter [ECF No. 27] from the Plaintiff in which she apologized to the Court for failing to appear, explained that she did not appear in person because she was out of the state, and expressed her desire to be considered for "a future hearing and show cause appearance."

The Plaintiff's letter was postmarked from Texas, but the docket and the letter reflect a Gary, Indiana, address. The telephone number the Plaintiff provided in her Complaint and in a request to participate in the pretrial conference by telephone differed from the number provided in her recent letter. The Court issued an Order [ECF No. 29] withholding ruling on the Report and Recommendation. Because of the discrepancies regarding the Plaintiff's contact information, the Court directed that its Order be sent to the Gary, Indiana, address noted on the docket, as

well as to 9915 Gulf Palms Drive, Dallas, TX 75227-7820. The Clerk also added (219)886-0448 to the list of telephone numbers on the docket where the Plaintiff could be contacted. The Court warned the Plaintiff that her failure to participate in the telephone conference or to otherwise notify the Court in advance of the conference of her inability to participate would result in the Court's acceptance of the Report and Recommendation and dismissal of her suit.

On July 31, 2014, the Court conducted a telephone conference. The Court was unable to make contact with the Plaintiff through either of the telephone numbers she provided. The Plaintiff has not been in contact with the Court since it directed her participating in the telephone conference, and the Court's Orders have returned undelivered from the Texas address. Counsel for the Defendant advised that he was also unable to contact the Plaintiff. For the reasons set forth in the Report and Recommendation, and because the Plaintiff has failed to appear before this Court or to provide the Court with accurate and updated contact information, the Court ACCEPTS the Report and Recommendation [ECF No. 26] and DISMISSES this Action WITHOUT PREJUDICE.

SO ORDERED on August 4, 2014.

    s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT
FORT WAYNE DIVISION